IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Rex Allen Petty**                                                                                           **Plaintiff**

v.                                 **CASE NO. 4:13CV00172 JTK**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                                **Defendant**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Commissioner of the Social Security Administration, is REVERSED and this case is REMANDED for proceedings consistent with this Court's remand instructions.

So ordered this 28th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE